**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ERIN PETERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN PETERSON,<br><br>Defendant | Case No.: 1:18-CR-00132-DAD-BAM<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER THURSTON AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ERIN PETERSON, by and through her attorney of record, hereby requesting that the status conference hearing currently set for Monday, September 17, 2018 be continued to Wednesday, November 14, 2018.

We are currently investigating this case and have a debriefing scheduled, upon conclusion of the debrief, it is anticipated that AUSA Delaney and I will commence negotiations. I have spoken to AUSA Brian Delaney, and he has no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 9/13/18 /s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
ERIN PETERSON


DATED: 9/13/18 /s/ *Brian Delaney*
BRIAN DELANEY
Assistant U.S. Attorney


**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. Good cause appearing, the status conference hearing is continued to **November 6[1], 2018** at 2:30 p.m.

2. Based upon the need for counsel to complete their investigations, to allow the completion of the "debriefing" and to allow counsel to enter into anticipated negotiations, the Court finds that good cause exists and the interests of justice outweigh the interest of the defendant and the public in a speedy trial. Time is excluded through November 6, 2018.

IT IS SO ORDERED.

Dated: **September 13, 2018**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not available on November 14, 2018, so it has selected an earlier date. Counsel may stipulate to a different date, after December 4 or earlier than November 6, 2018 or request that it be set for status conference before Judge McAuliffe in Fresno.